# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| ALEX PETROSKI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AT&T INC.,<br><br>Defendant. | Case No. 3:24-CV-00757-E |
| ANDREW MARCH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AT&T INC.,<br><br>Defendant. | Case No.: 3:24-CV-00758-E |
| NICHOLAS NELLI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AT&T INC.,<br><br>Defendant. | Case No. 3:24-CV-00759-E |
| MIKE MONTOYA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AT&T INC.,<br><br>Defendant. | Case No.: 3:24-CV-00760-E |

| | |
|---|---|
| C. MARIO JARAMILLO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AT&T INC.,<br><br>Defendant. | Case No. 3:24-CV-00761-E |
| MATTHEW BARKLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AT&T INC.,<br><br>Defendant. | Case No.: 3:24-CV-00769-E |
| LACRISTA A. BAGLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AT&T INC.,<br><br>Defendant. | Case No. 3:24-CV-00770-E |
| JEFFREY CUMO and TIARA ALSTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T INC.,<br><br>Defendant. | Case No.: 3:24-CV-00772-E |

| | |
|---|---|
| RICHARD SLOVENKAY and WESLEY HANSEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T INC.,<br><br>Defendant. | Case No. 3:24-CV-00774-E |
| PATRICIA DEAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AT&T INC.,<br><br>Defendant. | Case No. 3:24-CV-00776-E |
| RACHEL COLLIER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AT&T INC.,<br><br>Defendant. | Case No.: 3:24-CV-00782-E |
| MICHAEL LOVETRO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AT&T INC.,<br><br>Defendant. | Case No.: 3:24-CV-00783-E |

3

| | |
|---|---|
| ALISON WILLIAMSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AT&T INC.,<br><br>Defendant. | Case No. 3:24-CV-00790-E |
| AURORA ROSARIO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AT&T INC.,<br><br>Defendant. | Case No.: 3:24-CV-00793-E |
| RYAN AQUINO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AT&T INC.,<br><br>Defendant. | Case No. 3:24-CV-00802-E |
| JOSEPH CASEY and RAQUEL AGEE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T INC.,<br><br>Defendant. | Case No.: 3:24-CV-00803-E |

4

| | |
|---|---|
| DAN HEARON, GERI SHERWOOD and KYLIN SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T INC.,<br><br>Defendant. | Case No. 3:24-CV-00818-E |
| GERALD FOLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AT&T INC.,<br><br>Defendant. | Case No. 3:24-CV-00819-E |
| SCOTT MATHEWS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AT&T INC.,<br><br>Defendant. | Case No.: 3:24-CV-00824-E |
| PAOLA WILLIAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AT&T INC.<br><br>Defendant. | Case No. 3:24-CV-00835-E |
| ELAINE HERNANDEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff, | Case No. 3:24-CV-00840-E |

5

| | |
|---|---|
| v.<br><br>AT&T INC.<br><br>Defendant. | |
| NELLA CITINO and DANIEL MIZELL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T INC.,<br><br>Defendant. | Case No.: 3:24-CV-00843-E |
| BRANDON HUYLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AT&T INC.,<br><br>Defendant. | Case No. 3:24-CV-00847-E |
| M. ANDREW STOVER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AT&T INC.<br><br>Defendant. | Case No. 3:24-CV-00863-E |
| JENNIFER TURNER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v. | Case No. 3:24-CV-00864-E |

6

| | |
|---|---|
| AT&T INC. <br><br> Defendant. | |
| CAMERON KING, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> AT&T INC., <br><br> Defendant. | Case No. 3:24-cv-00867-E |
| R.D. RANDALL, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> AT&T INC., <br><br> Defendant. | Case No. 3:24-cv-00873-E |
| BRIAN PATTERSON, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> AT&T INC., <br><br> Defendant. | Case No. 3:24-cv-00875-E |
| AHMED ABDELLATIF, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> AT&T INC., | Case No. 3:24-cv-00876-E |

| |   |
|---|---|
| Defendant. | |
| LAURA SCHUSTER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AT&T INC.,<br><br>Defendant. | Case No. 3:24-cv-00922-E |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE RELATED CLASS ACTIONS UNDER F.R.C.P. 42(a)**

This matter is before the Court on the Motion of Plaintiffs in the above captioned actions to consolidate the actions and set scheduling deadlines and permit the filing of a single consolidated complaint. (*See* ECF No. 11).

Having reviewed the Motion, the Memorandum in Support, and the Complaints in the above-captioned actions and having found that the cases involve some of the same issues of fact and law, grow out of the same alleged data breach involving Defendant AT&T, Inc., have many of the same claims, and have proposed class definitions that will encompass the same persons, this Court finds that the cases have sufficient commonality of issues and parties to warrant consolidating the cases. This Court further finds that the benefits of consolidation are not outweighed by any risk of prejudice or jury confusion. The effect of such consolidation will be judicial economy and preserving the Parties' resources, as well as avoiding disparate rulings in separate actions.

Accordingly, because this Court finds that the Related Actions have sufficient commonality of law and fact and does not increase the risk of an unfair outcome, and for good cause shown, the Motions are **GRANTED**. As such, the Court ORDERS the following:

I. **Consolidation of the Related Actions.**

The above-captioned actions shall be **CONSOLIDATED** for all purposes into the *Petroski* action, which is the lowest numbered case. All future pleadings, motions, briefs, and other papers shall be filed in the *Petroski* action, No. 3:24-cv-00757 which shall hereinafter be a Consolidated Action. The Clerk is ordered to amend the case name of the lead case (*Petroski* Action) No. 3:24-cv-00757 in CM/ECG to: In Re: AT&T Date Breach Litigation. The Clerk is DIRECTED to close the *remaining Related Actions* and the Court further orders that:

   a) In accordance with Local Rule 42.1, each new case that arises out of the subject matter of the Consolidated Action which is filed in this Court or transferred to this Court, shall be consolidated with the Consolidated Action and this Order shall apply thereto, unless a party objects to consolidation, as provided for herein, or any provision of this Order, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, by filing an application for relief and this Court deems it appropriate to grant such application. Nothing in the forgoing shall be construed as a waiver of Defendant's right to object to consolidation of any subsequently-filed or transferred related action;

   b) All deadlines in the Related Cases shall be stayed and subsequently filed Related Actions, including responsive pleading deadlines, should be stayed pending resolution of the Petroski motion before the United States Judicial Panel on Multidistrict Litigation ("JPML") to transfer all pending matters in this jurisdiction and others to the Northern District of Texas.

   c) Plaintiffs shall provide a status report to the Court within 7 days of a ruling by the JPML.

(Signature Page Follows).

9

**SO ORDERED this day of April 22, 2024.**

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE